THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
 THE STATE OF SOUTH CAROLINA
 In The Supreme Court
 
 
 
 
 Treadway Manning, Jr.,       
 Petitioner,
 
 
 
 
 v.
 
 
 
 
 State of South Carolina,       
 Respondent.
 
 
 
 
 
 ON WRIT OF CERTIORARI
 
 Appeal From Dillon County
 John Breeden, Trial Judge
 James E. Lockemy, Post-Conviction Relief Judge
 
 Memorandum Opinion No. 2005-MO-007
 Submitted February 2, 2005  Filed February 22, 2005
 
 DISMISSED
 
 
 
 
 
 Senior Assistant Appellate Defender Wanda Haile, of S.C. Office of Appellate Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Sally Elliott, and Assistant Attorney General Christopher Newton, all of Columbia, for Respondent.
 
 
 
 
 
 PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief
 (PCR).
 The petition is denied on petitioners Question II.  Because there is sufficient evidence to support the PCR judges finding that petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on petitioners Question I and proceed with a review of the direct appeal issues pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
 The direct appeal issues are dismissed under Rule 220(b)(1), SCACR, after review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 DISMISSED.
 
 
 
 
 
 
 s/Jean H. Toal                                    
 C.J.                   s/James E. Moore                           
       J.
 s/John H. Waller,
 Jr.                         
       J.
 s/E. C. Burnett,
 III                              
       J.
 s/Costa M. Pleicones                             J.